1  Mathew K. Higbee, Esq., SBN 11158
2  **HIGBEE & ASSOCIATES**
   3110 W Cheyenne Ave, #200
3  North Las Vegas, NV 89032
4  (714) 617-8373
   (714) 597-6729 facsimile
5  Email: mhigbee@higbeeassociates.com

6
   Attorney for Plaintiff,
7  MARIE BARSCH

8              **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
9

10 | MARIE BARSCH, | Case No. 2:22-CV-01554-APG-BNW |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) and [PROPOSED] ORDER TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT TERMS** |
| v. | |
| LAS VEGAS CANNABIS TOURS LLC; MAXINE FENSOM, individually; and DOES 1 through 10 inclusive, | |
| Defendants. | |

   Plaintiff Marie Barsch, by and through her respective undersigned counsel, hereby advises the Court that the parties have reached an amicable settlement of all claims.

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff hereby stipulates that she voluntarily dismisses this action with prejudice as to Las Vegas Cannabis Tours LLC; Maxine Fensom, individually; and DOES 1-10, inclusive. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction of this matter until February 1, 2023 to enforce the terms of the parties' settlement agreement.

                              1

SO STIPULATED this 4th day of October, 2022.

Dated: October 14, 2022                    Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
SBN 11158
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave, #200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6729 facsimile
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARIE BARSCH,<br><br>  Plaintiff,<br><br>v.<br><br>LAS VEGAS CANNABIS TOURS LLC; MAXINE FENSOM, individually; and DOES 1 through 10 inclusive,<br><br>  Defendants. | Case No. 2:22-CV-01554-APG-BNW<br><br>**ORDER TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT TERMS** |

The Plaintiff has stipulated that she has dismissed this case with prejudice against all named Defendants consistent with Fed. R. Civ. P. 41(a)(1)(A)(ii) and conditioned the dismissal upon the Court retaining jurisdiction to enforce the terms of the parties' settlement agreement. (Not. of Dismissal, ECF No. ___.)

IT IS HEREBY ORDERED as follows:

**(1)** The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**(2)** The Court will retain jurisdiction over this matter until February 1, 2023 to enforce the terms of the parties' settlement agreement.

ENTERED this 18th day of October, 2022.

_____
Hon. Judge Andrew P. Gordon
United States District Judge

1